UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PORT CARGO SERVICES, LLC and<br>BURNSIDE PLANTATION LLC dba<br>HOUMAS HOUSE | CIVIL ACTION NO. 2:22-cv-01018 |
| VERSUS | JUDGE: IVAN L.R. LEMELLE |
| WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY and WESTERN<br>WORLD INSURANCE COMPANY | MAGISTRATE: JANIS VAN MEERVELD |

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS**

Defendant Westchester Surplus Lines Insurance Company, Inc. ("Westchester") moves the Court to dismiss Plaintiffs' Port Cargo Services, LLC and Burnside Plantation LLC ("Plaintiffs") claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In this insurance-coverage dispute, Plaintiffs seek a coverage declaration, damages, and payment for coronavirus-related business interruption losses from their property insurer. As explained more fully in the accompanying memorandum and attached exhibits, Plaintiffs' policy does not cover loss of income that was not caused by direct physical loss of or damage to property. Further, as numerous courts have held, the coronavirus does not cause physical loss or damage. Finally, Plaintiffs claim that Westchester denied their claim in bad faith and seek statutory damages and penalties. But because there is no coverage for Plaintiffs' claim, their bad faith claims also fail.

Considering Westchester's arguments and its supporting exhibits, this court should find Plaintiffs have failed to state a claim for relief as a matter of law and dismiss Plaintiffs' claims with prejudice.

- 2 -

        Respectfully submitted,

        */s/ Janelle E. Sharer*
        Steven W. Usdin, 12986
        John W. Joyce, 27525
        Janelle E. Sharer, 37305
        BARRASSO USDIN KUPPERMAN
          FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 2350
        New Orleans, Louisiana 70112
        Telephone: 504-589-9700
        Facsimile: 504-589-9701
        susdin@barrassousdin.com
        jjoyce@barrassousdin.com
        jsharer@barrassousdin.com

        *Attorneys for Westchester Surplus Lines*
        *Insurance Company*