UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PORT CARGO SERVICES, LLC and BURNSIDE PLANTATION, LLC dba HOUMAS HOUSE** | * * * * | **CIVIL ACTION NO. 2:22-cv-01018** |
| **Plaintiff** | * * | |
| V. | * * | **JUDGE:** **IVAN L.R. LEMELLE** |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY and WESTERN WORLD INSURANCE COMPANY** | | **MAGISTRATE:** **JANIS VAN MEERVELD** |
| **Defendants** | | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-captioned case, Port Cargo Services, LLC and Burnside Plantation, LLC dba Houmas House, appeal the United States Court of Appeals for the Fifth Circuit from the Order and Reasons [Doc. 17] entered in this action on August 19, 2022, granting the motion to dismiss filed by Defendant, Westchester Surplus Lines Insurance Company, dismissing all of Plaintiffs' claims against Westchester Surplus Lines Insurance Company.

Dated:  September 19, 2022              Respectfully submitted,

                                                                                    */s/ Perrey S. Lee*
                                                                                    PERREY S. LEE, La. Bar No. 33241
                                                                                    GAUTHIER MURPHY & HOUGHTALING, LLC
                                                                                    3500 North Hullen Street
                                                                                    Metairie, Louisiana 70002
                                                                                    Phone: (504) 456-8600
                                                                                    Facsimile: (504) 456-8624
                                                                                    E-mail: perrey@gmhatlaw.com

                                                                                    And

JOHN N. ELLISON (PA ID 51098)
*admitted pro hac vice*
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T: (215) 851-8100
E-Mail: jellison@reedsmith.com

COUNSEL FOR PLAINTIFFS