UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PORT CARGO SERVICES, LLC
and BURNSIDE PLANTATION
LLC dba
HOUMAS HOUSE                          CIVIL ACTION NO.: 2:22-CV-01018

VERSUS                                JUDGE: IVAN L.R. LEMELLE

WESTCHESTER SURPLUS LINES             MAGISTRATE: JANIS VAN MEERVELD
INSURANCE COMPANY and
WESTERN WORLD INSURANCE COMPANY

**WESTERN WORLD INSURANCE COMPANY'S**
**RULE 12(b)(6) MOTION TO DISMISS**

Defendant Western World Insurance Company moves the Court to dismiss plaintiffs'

claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In this insurance

coverage dispute, plaintiffs seek a coverage declaration, damages, and payment for alleged

COVID-related business interruption losses. For the reasons articulated in the accompanying

memorandum, and those previously briefed by co-defendant Westchester Insurance Company, the

Court should dismiss plaintiffs' claims for failure to state a claim because the Western World

policy does not provide coverage for plaintiffs' claims. Indeed, this Court recently dismissed

plaintiffs' claims against Westchester. *Port Cargo Servs., LLC v. Westchester Surplus Lines Ins.*

*Co.*, Civ. A. No. 22-1018, 2022 WL 3576759 (E.D. La. Aug. 19, 2022). The Western World policy

is identical to the Westchester policy in all material respects except one – unlike the Westchester

policy, the Western World policy expressly excludes coverage for any virus-related losses. This is

another reason why plaintiffs' claims against Western World fail as a matter of law. In addition,

because there is no coverage for plaintiffs' claims, their bad faith claims also fail.

As it did with respect to plaintiffs' claims against Westchester, this Court should find that plaintiffs have failed to state a claim for relief as a matter of law and dismiss plaintiffs' claims against Western World with prejudice.

Respectfully Submitted:

_s/ Jonathan B. Womack_
Paula M. Wellons, La. Bar No. 19028
*pwellons@twpdlaw.com*
Jonathan B. Womack, La. Bar No. 30801
*jwomack@twpdlaw.com*
Taylor, Wellons, Politz & Duhe, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899
*Attorneys for Western World Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 23rd day of September, 2022.

_s/ Jonathan B. Womack_
TAYLOR, WELLONS, POLITZ & DUHE