UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PORT CARGO SERVICES, LLC, **CIVIL ACTION**
ET AL

VERSUS **NO. 22-1018**

WESTCHESTER SURPLUS LINES **SECTION "B"(1)**
INSURANCE COMPANY

# JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Western World Insurance Company's dismissing Plaintiffs claims.

New Orleans, Louisiana, this 2nd day of May, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE